UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRAVIS LUKE LIEBERWIRTH, Plaintiff<br>v.<br>CARSON CITY SHERIFF'S DEPT., et al., Defendants | Case No.: 3:26-cv-00286-ART-CSD<br>ORDER |

Plaintiff Travis Luke Lieberwirth has filed a civil-rights complaint under 42 U.S.C. § 1983 and has also filed a first amended complaint. (ECF Nos. 1-1, 3.) He has submitted letters to the Court requesting a copy of his first amended complaint. (ECF Nos. 9, 10.) The Court directs the Clerk of Court to send Plaintiff a copy. However, Plaintiff is advised that the Court generally does not respond to letters, and any future requests by Plaintiff must be filed as a motion.

IT IS ORDERED that the Clerk send Plaintiff a copy of his first amended complaint (ECF No. 3).

DATED THIS 20th day of July 2026.

UNITED STATES MAGISTRATE JUDGE